**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**CAMERON LEWIS**                                                **CIVIL ACTION**

**VERSUS**                                                           **NO.  26-1001**

**ADMINISTRATORS   OF   THE**                      **SECTION:  "E"(4)**
**TULANE EDUCATIONAL FUND**

<u>**ORDER**</u>

Considering the application and affidavit to proceed <u>in forma pauperis</u>,

IT IS ORDERED that:

☑        **the motion is GRANTED; the party is entitled to proceed <u>in forma pauperis</u>.**

☐        **the Clerk is directed to withhold issuance of summons until further order of the Court.**

☐        **the motion is MOOT; the party was previously granted pauper status.**

☐        **the motion is DENIED; the party has sufficient funds to pay the filing fee.**

☐        **the motion is DENIED as MOOT; the filing fee has already been paid.**

☐        **the motion is DENIED; the party is not entitled to proceed <u>in forma pauperis</u> for the listed reasons:**

_____
_____
_____

New Orleans, Louisiana this ___12th___ day of _____May_____, 20_26_.

_____
**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**