UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CAMERON LEWIS                                              CIVIL ACTION

VERSUS                                                    NO.  26-1001

ADMINISTRATORS   OF   THE                                 SECTION:  "E"(4)
TULANE EDUCATIONAL FUND

## SERVICE ORDER

Considering the status of the above-captioned proceeding,

**IT IS ORDERED** that the Clerk of the Court is directed to issue summons in this matter and provide the summons, a completed U.S. Marshals Service Process Receipt and Return form ("USM-285"), a copy of plaintiff's complaint, and this Order (the "Service Packet") for each named defendant to the U.S. Marshals Service.

**IT IS FURTHER ORDERED** that, in accordance with 28 U.S.C. § 1915(d) and Fed. R. Civ. P. 4(c)(3), the United States Marshal shall effectuate timely service upon defendant(s) at the address(es) provided in the Service Packet, and file proof of service in accordance with Fed. R. Civ. P. 4(1) within 90 days of receipt of the Service Packet from the Clerk of Court.  The United States Marshal shall deliver a return of service of the summons, with the completed USM-285 form attached, to the Clerk of Court within five business days of service, and, if unexecuted, shall state with specificity the reason why service could not be made.  The Clerk of Court's office shall promptly file the return into the record.

New Orleans, Louisiana, this ___12th___ day of ___May___, 2026.

_____
KAREN WELLS ROBY
UNITED STATES MAGISTRATE JUDGE