# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CAMERON LEWIS** | * | **CIVIL ACTION NO. 2:26-cv-01001** |
| | * | |
| **VERSUS** | * | |
| | * | **JUDGE SUSIE MORGAN** |
| **THE ADMINISTRATORS OF THE** | * | |
| **TULANE EDUCATIONAL FUND** | * | **MAGISTRATE JUDGE** |
| | * | **KAREN WELLS ROBY** |
| | * | |
| | * | |

## *EX PARTE* MOTION TO FILE UNREDACTED MEMORANDUM IN SUPPORT OF MOTION FOR PROTECTIVE ORDER AND EXHIBIT A UNDER SEAL

Defendant The Administrators of the Tulane Educational Fund ("Tulane") respectfully moves this Court to seal portions of Tulane's Memorandum in Support of Motion for Protective Order and accompanying Exhibit A.  In accordance with Local Rule 5.6, Tulane has filed a full, unredacted copy of the Memorandum in Support of Motion for Protective Order and accompanying Exhibit A with this motion.  Tulane has filed a redacted versions on the public case docket.

*Pro se* Plaintiff has filed the present disability discrimination lawsuit against Tulane.  In its Motion for Protective Order, Tulane requests that Plaintiff be ordered to cease her inappropriate and harassing conduct towards Tulane employees and be ordered to direct most communications to Tulane Counsel.  Plaintiff was recently ordered to do the same by Magistrate Judge North in a separate pro se lawsuit against Tulane.  Tulane references that other lawsuit and order in its Memorandum in Support of Motion for Protective Order and Exhibit A is a pleading from that other lawsuit.  Because Plaintiff proceeded under a pseudonym in that other lawsuit, Tulane – out of an abundance of caution – seeks to seal the case caption, case number, and identifying information from that other lawsuit.  Therefore, Tulane respectfully requests that this motion be granted and the attached unredacted documents be filed UNDER SEAL.

1

#6085027v1

Respectfully submitted,

*/s/ Amy L. McIntire*

Amy L. McIntire, Bar No. 35241
Valerie M. Andrews, Bar No. 39466
of
**CHAFFE McCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA  70163-2300
Telephone:  (504) 585-7000
Telefax:      (504) 544-6054
Email:  mcintire@chaffe.com
          valerie.andrews@chaffe.com
***ATTORNEYS FOR DEFENDANT***

2

#6085027v1