UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

CAMERON LEWIS        *      CIVIL ACTION NO. 2:26-cv-01001

                             *

VERSUS                 *

                             *      JUDGE SUSIE MORGAN

THE ADMINISTRATORS OF THE    *

TULANE EDUCATIONAL FUND     *      MAGISTRATE JUDGE

                             *      KAREN WELLS ROBY

                             *

                             *

**MEMORANDUM IN SUPPORT OF *EX PARTE* MOTION TO FILE UNREDACTED MEMORANDUM IN SUPPORT OF MOTION FOR PROTECTIVE ORDER AND EXHIBIT A UNDER SEAL**

Defendant The Administrators of the Tulane Educational Fund ("Tulane") respectfully moves the Court to seal portions of Tulane's Memorandum in Support of Motion for Protective Order and accompanying Exhibit A.

Although there is a presumption of openness with respect to court records, Rule 26 of the Federal Rules of Civil Procedure permits documents to be sealed for "good cause." Fed. R. Civ. P 26; *June Med. Servs., L.L.C. v. Phillips*, 22 F.4th 512, 516 (5th Cir. 2022). In its Motion for Protective Order, Tulane requests that Plaintiff be ordered to cease her inappropriate and harassing conduct towards Tulane employees and be ordered to direct most communications to Tulane Counsel. Plaintiff was recently ordered to do the same by Magistrate Judge North in a separate pro se lawsuit against Tulane. Tulane references that other lawsuit and order in its Memorandum in Support of Motion for Protective Order and Exhibit A is a pleading from that other lawsuit.

That other lawsuit involved Title IX claims and, therefore, Plaintiff was allowed to proceed under a pseudonym, which was consistent with the law. *Doe v. Stegall*, 653 F.2d 185, 185 (5th Cir. Unit A 1981); *Doe v. Louisiana State Univ.*, Civ. A. No. 20-379-BAJ-SDJ, 2020 WL 6493768 at *2; *See*, R. Doc. 8 in *Doe v. The Administrators of the Tulane Educational Fund*, Civ. A. No. 19-

1

#6085027v1

11403 (E.D. La. July 2, 2019) (Vance, J.) (citing authority); R. Doc. 7 in *Doe v. Tulane University et al.*, Civ. A. No. 17-12081 (E.D. La. Nov. 17, 2017) (Feldman, J.). Because Plaintiff proceeded under a pseudonym in that other lawsuit, Tulane – out of an abundance of caution – seeks to seal the case caption, case number, and identifying information from that other lawsuit. Therefore, Tulane respectfully requests that this motion be granted and the attached unredacted documents be filed UNDER SEAL.

Respectfully submitted,

/s/ Amy L. McIntire
Amy L. McIntire, Bar No. 35241
Valerie M. Andrews, Bar No. 39466
of
**CHAFFE McCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone: (504) 585-7000
Telefax: (504) 544-6054
Email: mcintire@chaffe.com
valerie.andrews@chaffe.com
***ATTORNEYS FOR DEFENDANT***

2

#6085027v1