**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **CAMERON LEWIS** | * | **CIVIL ACTION NO. 2:26-cv-01001** |
| | * | |
| **VERSUS** | * | |
| | * | **JUDGE SUSIE MORGAN** |
| **THE ADMINISTRATORS OF THE** | * | |
| **TULANE EDUCATIONAL FUND** | * | **MAGISTRATE JUDGE** |
| | * | **KAREN WELLS ROBY** |
| | * | |
| | * | |

**DEFENDANT'S MOTION FOR PROTECTIVE ORDER**

Defendant, the Administrators of the Tulane Educational Fund d/b/a Tulane University ("Tulane"), respectfully submits this Motion for Protective Order. *Pro se* Plaintiff is a current student with a history of filing frivolous *pro se* lawsuits against Tulane. For months, Plaintiff has been sending inappropriate and harassing communications to Tulane employees and refusing Tulane's directives that she must send certain communications to Tulane's Counsel. She has already been admonished by one federal judge this year and instructed to cease her conduct – but has continued. Plaintiff's inappropriate and harassing has recently escalated and become constant and untenable – all as set forth in the accompanying memorandum in support.

Therefore, Tulane now moves for a protective order requiring Plaintiff to (1) cease all harassing and inappropriate communications to Tulane employees and administrators; and (2) direct all communications intended for Tulane employees and administrators to undersigned counsel for appropriate handling with the exception that Plaintiff may direct (a) communications about current classes and coursework to her Tulane employees responsible for class scheduling, professors and/or teaching assistants and (b) communications about current student support services to her assigned support persons, Dean Erica Woodley and/or Mr. Kyle Pearson. Given Plaintiff's propensity to send an overwhelming amount of emails in a single day—sometimes a

#6085011v1

constant flow of emails in a single hour—Tulane requests that Plaintiff be limited to sending more than one email per day to undersigned counsel, with that email to contain all communications and questions that Plaintiff wishes to raise.  Undersigned Counsel will either respond as appropriate or route the communication to the appropriate employee for response.

<div style="margin-left:45%">

Respectfully submitted,

*/s/ Amy L. McIntire*
Amy L. McIntire, Bar No. 35241
Valerie M. Andrews, Bar No. 39466
of
**CHAFFE McCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA  70163-2300
Telephone:  (504) 585-7000
Telefax:     (504) 544-6054
Email:  mcintire@chaffe.com
        valerie.andrews@chaffe.com
***ATTORNEYS FOR DEFENDANT***

</div>

## CERTIFICATE OF COMPLIANCE

I certify that I have conferred in good faith with Plaintiff for months on these issues as documents in Exhibits A-K and have attempted to confer in good faith with Plaintiff via phone as documented in Exhibit K.  Plaintiff has refused to respect written directives and has refused to provide her phone number to undersigned counsel.

<div style="margin-left:45%">

*/s/ Amy L. McIntire*

</div>

#6085011v1