U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    Aug 13 2026

CAROL L. MICHEL
CLERK

cf    EDSS

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CAMERON LEWIS** | **CASE NO. 2:26-cv-01001** |
| *Plaintiff,* | **SECTION "E" (4)** |
| **VERSUS** | |
| **ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND** | **JUDGE: SUSIE MORGAN** |
| *Defendant.* | **MAG. JUDGE: KAREN WELLS ROBY** |

*JURY TRIAL DEMANDED*

## MOTION FO RLEAVE TO FILE NOTICE UNDER SEAL

**NOW INTO COURT**, appearing *pro se*, Plaintiff Cameron Lewis respectfully moves for leave to file the accompanying Notice of Additional Grounds Supporting Plaintiff's Pending Emergency Motion to Seal under seal. The proposed notice discusses information that would itself undermine the relief sought in Plaintiff's pending motion to seal if publicly disclosed. Public filing of the notice would disclose the very information for which Plaintiff seeks protection and would substantially impair the effectiveness of the pending request for sealing and redaction. Plaintiff further submits that a less restrictive alternative, including redaction, is inadequate because the substance of the notice concerns the relationship among the disclosed facts themselves. Redacting isolated words or phrases would not eliminate the risk of identification. Accordingly, Plaintiff respectfully requests leave to file the accompanying notice under seal pending resolution of Plaintiff's motion for sealing and redaction.

**WHEREFORE**, Plaintiff respectfully requests that this Court:

1.  Grant Plaintiff leave to file the accompanying *Notice of Additional Grounds Supporting Plaintiff's Pending Emergency Motion to Seal or Require Redaction* under seal;

2.  Direct the Clerk of Court to maintain the proposed notice under seal pending further order of the Court;

3.  Alternatively, permit Plaintiff to file an unredacted version of the notice under seal and a redacted version on the public docket;

4.  Expedite consideration of this motion because public filing of the proposed notice would disclose the very information that is the subject of Plaintiff's pending motion to seal.

5.  Grant other such relief as the Cour deems just and proper.

Dated: August 13, 2026

Respectfully submitted,

Cameron Lewis

Signed:

*Cameron Lewis*

**PLAINTIFF, *PRO SE***

clewiscougars2019@gmail.com

## CERTIFICATE OF SERVICE

I certify that on August 13, 2026, I served this filing on all counsel of record through the Court's CM/ECF system or by another method authorized by Federal Rule of Civil Procedure 5.

2

PLAINTIFF'S MOTION TO DENY DEFENDANT'S MOTION FOR PROTECTIVE ORDER

Respectfully submitted,

Cameron Lewis

Signed:

*Cameron Lewis*

**PLAINTIFF, *PRO SE***

clewiscougars2019@gmail.com

PLAINTIFF'S MOTION TO DENY DEFENDANT'S MOTION FOR PROTECTIVE ORDER