**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **CAMERON LEWIS** | **CIVIL ACTION** |
| **VERSUS** | **NO: 2:26-cv-01001** |
| **THE ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND** | **SECTION: "E" (4)** |

**ORDER**

**IT IS ORDERED** that the Defendant's ***Ex Parte*** **Motion to Seal Document** ***Memorandum in Support of Motion for Protective Order and Exhibit A*** **(R. Doc. 15)** is **DENIED.**

**IT IS FURTHER ORDERED** that the Defendant's **Motion for Expedited Hearing (R. Doc. 16)** is **DENIED** as **MOOT**.

**IT IS FURTHER ORDERED** that the Plaintiff's **Motion to Seal Document (R. Doc. 17)**, **Motion to Deny Defendant's Motion for Protective Order (R. Doc. 18)**, and **Motion for Leave to File Notice Under Seal (R. Doc. 20)** are **DENIED** as **MOOT**.

**IT IS FURTHER ORDERED** that the Clerk of Court maintain the proposed pleadings as Restricted

**IT IS FURTHER ORDERED** that should the Defendant wish to do so, the Defendant may refile the Motion for Protective Order upon removing reference to the previous action that was pending before Judge North; however, any communications initiated by the Plaintiff and/or any images generated by the Plaintiff using artificial intelligence are considered public and therefore not protected, and need not be removed from any future pleading.

**IT IS FURTHER ORDERED** that should the Defendant choose to refile the Motion for Protective Order, it should be filed no later than Wednesday, August 19, 2026, at 5:00 p.m. and

set for submission on August 26, 2026, to be heard by oral argument. Any opposition must be filed no later than Monday, August 24th, 2026, at 12:00 p.m. No further submissions shall be accepted.

New Orleans, Louisiana, this 14th day of August 2026.

**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**