**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **CAMERON LEWIS,**<br>**Plaintiff** | **CIVIL ACTION** |
| **VERSUS** | **NO. 26-1001** |
| **ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND,**<br>**Defendants** | **SECTION: "E" (4)** |

**ORDER**

Defendant's Motion for a Protective Order is pending before Magistrate Judge Roby at R. Doc. 22. Plaintiff filed R. Doc. 23, which she captions "Plaintiff's Emergency Motion for TRO and Preliminary Injunction; or, Alternatively, to Clarify and Enforce the August 14, 2026 Order and Establish a Prospective Filing Protocol." R. Doc. 23 is, in reality, an opposition to Defendant's Motion for a Protective Order, rather than a request for a temporary restraining order. To the extent R. Doc. 23 is a request for a temporary restraining order, the Court will deny this motion. Accordingly;

**IT IS ORDERED** that Plaintiff's "Emergency Motion for TRO and Preliminary Injunction; or, Alternatively, to Clarify and Enforce the August 14, 2026 Order and Establish a Prospective Filing Protocol" is **DENIED**.[1]

**New Orleans, Louisiana, this 20th day of August, 2026.**

Susie Morgan

**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

[1] R. Doc. 23.