**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **CAMERON LEWIS** | **CIVIL ACTION** |
| **VERSUS** | **NO: 2:26-cv-01001** |
| **THE ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND** | **SECTION: "E" (4)** |

**ORDER**

**IT IS ORDERED** that Defendant's **Motion for Protective Order (R. Doc. 22)** shall be heard **by oral argument** on **August 26, 2026, at 11:00 a.m.** in the undersigned United States Magistrate Judge's Courtroom located at 500 Poydras Street, Room B-431, New Orleans, Louisiana.

New Orleans, Louisiana, this 20th day of August 2026.

**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**