**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**CAMERON LEWIS,**
**Plaintiff**

**CIVIL ACTION**

**VERSUS**

**NO. 26-1001**

**ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND,**
**Defendant**

**SECTION: "E" (4)**

**ORDER**

Plaintiff has filed a motion for reconsideration of the Court's order denying her request for a TRO.[1] While the Court will not reconsider its previous order, the Court will order Defendant to redact sensitive information included in the exhibits attached to their motion for a protective order.[2] Accordingly;

**IT IS ORDERED** that the motion is **DENIED**.[3]

**IT IS FURTHER ORDERED** that Defendant file a motion to supplement the record, attaching versions of R. Doc. 22-7 and R. Doc. 22-10 with redactions of sensitive material.[4]

**IT IS FURTHER ORDERED** that Defendant file this motion to supplement on or before **September 3, 2026**.

**New Orleans, Louisiana, this 27th day of August, 2026.**

Susie Morgan

**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 27.
[2] In the future, the parties are advised to confer on sealing portions of documents they plan to file that contain sensitive material.
[3] R. Doc. 27.
[4] Specifically, Defendants should redact material at R. Doc. 22-7 pp. 8-9 and R. Doc. 22-10 at pp. 14-16.