**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **CAMERON LEWIS** | * | **CIVIL ACTION NO. 2:26-cv-01001** |
| | * | |
| **VERSUS** | * | |
| | * | **JUDGE SUSIE MORGAN** |
| **THE ADMINISTRATORS OF THE** | * | |
| **TULANE EDUCATIONAL FUND** | * | **MAGISTRATE JUDGE** |
| | * | **KAREN WELLS ROBY** |
| | * | |
| | * | |

***EX PARTE* MOTION TO SUPPLEMENT OR SUBSTITUTE DEFENDANT'S MOTION FOR PROTECTIVE ORDER**

Defendant, the Administrators of the Tulane Educational Fund d/b/a Tulane University ("Tulane") filed a Motion for Protective Order [Rec. Doc. 22]. In accordance with this Court's order [Rec. Doc. 29], Defendant files this motion to supplement or substitute its previously filed motion with the attached version which contains redactions ordered by the Court.

Respectfully submitted,

*/s/ Amy L. McIntire*

Amy L. McIntire, Bar No. 35241
Valerie M. Andrews, Bar No. 39466
of
**CHAFFE McCALL, L.L.P.**
2300 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2300
Telephone: (504) 585-7000
Telefax: (504) 544-6054
Email: mcintire@chaffe.com
valerie.andrews@chaffe.com
***ATTORNEYS FOR DEFENDANT***