**From:** Smith, Tiffany <tsmith44@tulane.edu>
**Sent:** Friday, July 24, 2026 9:25 AM
**To:** Amy McIntire <mcintire@chaffe.com>; Greene, Brendan M <bgreene2@tulane.edu>
**Cc:** Woodley, Erica C <ewoodley@tulane.edu>; Broussard, Julia A <jbrouss@tulane.edu>; Riley, Ruth A <rariley@tulane.edu>; Small, Jonathan A <jsmall4@tulane.edu>
**Subject:** Confidential & Privileged- FW: here is some constructive criticism about your title ix, eo, and student conduct offices

Confidential & Privileged-

[redacted]

**Tiffany Smith, JD (she/her/hers)**
**Director of Equal Opportunity & Resolution Management**
Office of Human Resources
1555 Poydras St., Suite 964, New Orleans, LA 70112
phone: 504.247.1756 I email: tsmith44@tulane.edu

CONFIDENTIALITY NOTICE: This e-mail message and accompanying attachments are confidential and privileged. This information is intended solely for the addressee; access by anyone else is unauthorized. No confidentiality or privilege is waived or lost by erroneous transmission. If you are not the intended recipient, or the agent responsible for delivery to the intended recipient, you are hereby notified that any forwarding, opening of attachments, disclosure, copying, distribution of contents, or any other action is strictly prohibited. If you have received this electronic message in error, please delete it and any attachments, and notify the sender at the telephone number listed above.

**From:** Lewis, Cameron C <clewis21@tulane.edu>
**Sent:** Thursday, July 23, 2026 6:07 PM
**To:** Woodley, Erica C <ewoodley@tulane.edu>; Broussard, Julia A <jbrouss@tulane.edu>; Student Conduct <conduct@tulane.edu>; Student Affairs <student.affairs@tulane.edu>; Title IX <titleix@tulane.edu>; Equal Opportunity and Resolution Management <eo@tulane.edu>; Equal Opportunity and Resolution Management <eo@tulane.edu>; President Michael A. Fitts <mike@tulane.edu>; Equal Opportunity and Resolution Management <eo@tulane.edu>;



EXHIBIT F

Smith, Tiffany <tsmith44@tulane.edu>
**Subject:** here is some constructive criticism about your title ix, eo, and student conduct offices

Here is some constructive criticism. You can't return my pearls, so please reform your offices (see the attached).

Best,

Cameron Lewis

# PROTECT YOUR PEARLS FROM SWINE




## Image Description

A survivor offers a silver tray of her most precious pearls—pieces of herself no stranger should ever have to see.
She only discovers the price by paying it. She answers every question, recounts the most intimate moments of the worst night of her life, surrenders medical records, forensic photographs. She endures retaliation, stalking, intimidation, and a creeping realization that fear had become an ordinary part of her daily routine. She stops attending classes in person and abandons the campus she once called home.
Her world grows smaller while the institution asking for more of her remains comfortably unchanged. Its smiles never waver. Its masks never move.
Her grandmother told her never to cast her pearls before swine. By the time she could understand what that means, the pearls are already long gone.
She has paid the bill in full. Tulane thanks her for her cooperation. Then they quietly escort her rapist out of the back door.

*Cameron Lewis*

**From:** Machado, Jessica <jmachado2@tulane.edu>
**Sent:** Tuesday, July 28, 2026 10:40 AM
**To:** Amy McIntire <mcintire@chaffe.com>; Valerie M. Andrews <Valerie.Andrews@chaffe.com>
**Subject:** PRIVILEGED - FW: Follow-Up Regarding Case Management Accommodation Request

**From:** Lewis, Cameron C <clewis21@tulane.edu>
**Sent:** Monday, July 27, 2026 7:07 PM
**To:** Machado, Jessica <jmachado2@tulane.edu>
**Subject:** Re: Follow-Up Regarding Case Management Accommodation Request

Here is post-script feedback. I am a visual learner, so this is how I am perceiving the current situation (see the attached image). I hope this can be used as constructive criticism on the current state of affairs.


EQUAL ACCESS ENDS WHERE THE VELVET ROPE BEGINS
GOLDMAN CENTER FOR STUDENT ACCESSIBILITY
THIS VELVET ROPE IS REQUIRED BECAUSE YOUR CASE IS "COMPLEX."
DON'T WORRY... MOST STUDENTS DON'T HAVE CASES THIS... COMPLEX.
DIRECTOR
GOLDMAN CENTER FOR STUDENT ACCESSIBILITY
OUR MISSION: EQUAL TREATMENT. EQUAL ACCESS.
EQUAL TREATMENT. EQUAL ACCESS.
?!
AUTHORIZED USERS ONLY
INCLUSION IS OUR BRAND. ACCESS IS OUR CHOICE.
COMPLEX IS OUR FAVORITE EXCUSE.
INTERACTIVE PROCESS IN PROGRESS
PLEASE WAIT INDEFINITELY.

Cameron

---

**From:** Lewis, Cameron C <clewis21@tulane.edu>
**Sent:** Monday, July 27, 2026 6:36 PM
**To:** Machado, Jessica <jmachado2@tulane.edu>
**Cc:** George Yue Zhao <omniscientyue@gmail.com>
**Subject:** Re: Follow-Up Regarding Case Management Accommodation Request

Dear Director Machado,
Thank you for your response.
I understand your position that CMVSS determined Dean Woodley and Mr. Pearson are the appropriate individuals to provide case management services in my situation.
However, this response does not resolve my accommodation request.
**My request was that Tulane remove the restriction preventing me from working with other available Case Management staff as a reasonable accommodation for my disability so that I may access Case Management services on the same basis as other students.** Because of my PTSD and anxiety, that restriction creates a disability-related barrier to accessing Case Management services.
My understanding is that other case managers have indicated they are available and capable of serving as my case manager. I have spoken with other Case Managers on the record who have expressly stated this to me. Accordingly, I disagree with the assertion that limiting me to only Mr. Pearson or Dean Woodley is the only appropriate means of providing case management services.
Your email states that my situation is "complex" and that CMVSS determined that Mr. Pearson and Dean Woodley are the appropriate individuals to support me. However, **describing my case as "complex" does not explain the basis on which my requested accommodation was denied**. At best, it *could* explain Tulane's staffing decision. But it does not explain why my requested modification was determined not to be an appropriate reasonable accommodation under the ADA or Section 504.
Accordingly, I respectfully request a formal written accommodation determination that I may appeal.
If my request has been denied, please identify a basis for that determination which is recognizable under the ADA and other applicable law.
Because Tulane has determined that my requested accommodation will not be granted, I respectfully request a formal written accommodation determination denying my request that I can appeal. Specifically, please indicate whether Tulane determined that:

A. I do not have a qualifying disability under the ADA or Section 504;

B. My requested accommodation is not necessary because of my disability;
C. My requested accommodation is not reasonable and the reasons why it is not reasonable;
D. Granting the accommodation would fundamentally alter the operation of Case Management; or
E. Granting the accommodation would impose an undue burden and the reasons why it would impose an undue burden.

In addition, please provide:

- whether my requested accommodation has been formally granted or denied;
- any alternative accommodation Tulane is offering in lieu of my request;
- the appeal procedure applicable to this determination; and
- the deadline for filing any appeal.

At present, I have not received a formal written accommodation determination explaining the basis for the decision or informing me of my appeal rights. I would appreciate a timeline for when I can expect that written determination.
Thank you for your attention to this matter.
Sincerely,
Cameron Lewis

---

**From:** Machado, Jessica <jmachado2@tulane.edu>
**Sent:** Monday, July 27, 2026 5:02 PM
**To:** Lewis, Cameron C <clewis21@tulane.edu>
**Subject:** RE: Follow-Up Regarding Case Management Accommodation Request

Dear Cameron,

It was determined that Dean Woodley or CMVSS Director, Kyle Pearson, would be appropriate case managers for you. There is not a policy limiting you from accessing case management, but rather, due to the complexity of your situation, it was determined by CMVSS and Dean Woodley that the appropriate way to support you would be through these higher levels of experienced personnel. I understand that you believe a conflict of interest exists with Dean Woodley's involvement as your case manager, and Mr. Pearson has been offered to you as an alternative support person. I appreciate that this is a challenging situation to work through, but if you are not comfortable with Dean Woodley serving as your support person, you may opt to work with Mr. Pearson. In other words, there is not a ban on your access to case managers, but rather, this is the

assignment deemed appropriate by the designated employees who are most involved in this work at the institution to handle your case.

I am hopeful that the clarity and update about your accommodation request is helpful to assist with moving forward. I'm happy to help you in any way I can.

Thanks,

**Jessica Machado** *(she/her)*
Director | Goldman Center for Student Accessibility
Office: (504) 862-8433 | Fax: (504) 862-8435
Tulane University, Division of Student Affairs
Howard Tilton Memorial Library (Building 60), Suite B25
7001 Freret Street
New Orleans, Louisiana 70118

*Great Minds Think Differently.*

**Confidentiality / Privacy Notice:** This email transmission, including attachments, if any, is intended for use only by the addressee(s) named herein and contains confidential and/or private information. Any unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by reply email or telephone and delete the original and destroy all electronic and other copies of this message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately.

**From:** Lewis, Cameron C <clewis21@tulane.edu>
**Sent:** Monday, July 20, 2026 10:10 PM
**To:** Machado, Jessica <jmachado2@tulane.edu>; Goldman Center for Student Accessibility <Goldman@tulane.edu>; Goldman Testing Center <Goldmantesting@tulane.edu>
**Subject:** Follow-Up Regarding Case Management Accommodation Request

Subject: **Follow-Up Regarding Case Management Accommodation Request.**

Background: **Tulane has imposed a restriction that other students do not have, and because of my PTSD and anxiety related to the [redacted] that restriction creates a disability-related barrier to accessing Case Management services.**

Dear Director Machado,

I am writing to follow up regarding a disability accommodation request that we discussed during our last meeting.
As we discussed, I requested that Tulane remove the restriction limiting me to working exclusively with Kyle Pearson within Case Management. I explained that, because of my PTSD and anxiety related to my [redacted], I experience significant distress discussing my assault and related support needs under the current arrangement. Unlike my peers, I have been restricted from accessing the full range of Case Management personnel who may be better suited to address my disability-related needs.
I also explained that the only alternative Tulane has identified is Dean Erica Woodley. Because Dean Woodley is currently the subject of a pending Equal Opportunity gatekeeping determination concerning my allegations of disability discrimination and retaliation, I do not believe she is an appropriate alternative for providing case management services.
Accordingly, I write to request the outcome of my accommodation request. To be clear, I am not requesting that Tulane assign me to any particular case manager. Rather, I am requesting that Tulane **remove the restriction** limiting me exclusively to Mr. Pearson so that I may access Case Management on the same basis as other students. My request is simply to permit me to work with other available Case Management employees, rather than being restricted to any single individual.
**Because my PTSD and anxiety affect my ability to discuss my [redacted] and related support needs under the current arrangement, this restriction creates a disability-related barrier to accessing Case Management services.**
**Removing that restriction would be a reasonable accommodation that would allow me to access those services on equal footing with my peers while preserving Tulane's discretion over the operation of its Case Management office.**
I would appreciate an update regarding the status of this request and any determination that has been made.
Thank you for your time and consideration.

Best,
Cameron Lewis

**From:** Smith, Tiffany <tsmith44@tulane.edu>
**Sent:** Thursday, July 23, 2026 1:33 PM
**To:** Amy McIntire <mcintire@chaffe.com>; Greene, Brendan M <bgreene2@tulane.edu>
**Cc:** Woodley, Erica C <ewoodley@tulane.edu>; Broussard, Julia A <jbrouss@tulane.edu>; Riley, Ruth A <rariley@tulane.edu>; Small, Jonathan A <jsmall4@tulane.edu>
**Subject:** Confidential & Privileged-FW: Please autograph my portrait

Confidential & Privileged-

[redacted]

**Tiffany Smith, JD (she/her/hers)**
**Director of Equal Opportunity & Resolution Management**
Office of Human Resources
1555 Poydras St., Suite 964, New Orleans, LA 70112
phone: 504.247.1756 I email: tsmith44@tulane.edu

CONFIDENTIALITY NOTICE: This e-mail message and accompanying attachments are confidential and privileged. This information is intended solely for the addressee; access by anyone else is unauthorized. No confidentiality or privilege is waived or lost by erroneous transmission. If you are not the intended recipient, or the agent responsible for delivery to the intended recipient, you are hereby notified that any forwarding, opening of attachments, disclosure, copying, distribution of contents, or any other action is strictly prohibited. If you have received this electronic message in error, please delete it and any attachments, and notify the sender at the telephone number listed above.

**From:** Lewis, Cameron C <clewis21@tulane.edu>
**Sent:** Thursday, July 23, 2026 11:24 AM
**To:** Equal Opportunity and Resolution Management <eo@tulane.edu>; Woodley, Erica C <ewoodley@tulane.edu>; Broussard, Julia A <jbrouss@tulane.edu>; Smith, Tiffany <tsmith44@tulane.edu>
**Subject:** Please autograph my portrait

Dear Tulane,

I heard a scary movie is now showing at your institution, so I drew a pretty picture of you. I was hoping to get it autographed (see attached).



Please stay tuned for my series of political cartoons starring you!

Signed,

Cameron Lewis