**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **CAMERON LEWIS** | * | **CIVIL ACTION NO. 2:26-cv-01001** |
| | * | |
| **VERSUS** | * | |
| | * | **JUDGE SUSIE MORGAN** |
| **THE ADMINISTRATORS OF THE** | * | |
| **TULANE EDUCATIONAL FUND** | * | **MAGISTRATE JUDGE** |
| | * | **KAREN WELLS ROBY** |
| | * | |
| | * | |

**ORDER**

Considering the foregoing *Ex Parte* Motion to Supplement or Substitute Defendant's Motion for Protective Order;

**IT IS ORDERED** that the *Ex Parte* Motion to Supplement or Substitute Defendant's Motion for Protective Order is **GRANTED** and Defendant's previously filed Motion for Protective Order [R. Doc. 22] is to be substituted with the redacted version.

**New Orleans, Louisiana, this 28th day of August, 2026.**

Susie Morgan

**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**