**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **CAMERON LEWIS,**<br>**Plaintiff** | **CIVIL ACTION** |
| **VERSUS** | **NO. 26-1001** |
| **ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND,**<br>**Defendant** | **SECTION: "E" (4)** |

## ORDER

Plaintiff has filed a "Motion for Review of Magistrate Judge's Order Pursuant to Rule 72(a), Objections to Record Document 44, and Motion for Limited Stay."[1] The Court will construe Plaintiff's motion as an objection to the Magistrate Judge's October 16, 2026 order.[2]

The parties are working towards a stipulation, which may render Plaintiff's objection moot. The parties are to inform the Court on or before Friday, November 13, 2026 of the status of the stipulation.[3]

If further briefing from the parties regarding Plaintiff's objection is required, the Court will issue an order requesting briefing at that time.

**New Orleans, Louisiana, this 3rd day of November, 2026.**

Susie Morgan

**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

[1] R. Doc. 45.
[2] R. Doc. 44.
[3] *See* R. Doc. 43 at p. 2.