**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **CAMERON LEWIS,**<br>**Plaintiff** | **CIVIL ACTION** |
| **VERSUS** | **NO. 26-1001** |
| **ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND,**<br>**Defendant** | **SECTION: "E" (4)** |

**ORDER**

Plaintiff has filed a "Motion for Review of Magistrate Judge's Order Pursuant to Rule 72(a), Objections to Record Document 44, and Motion for Limited Stay,"[1] which the Court construed as an objection to the Magistrate Judge's October 16, 2026 order.[2]

The parties have informed the Court that they have not reached a stipulation that rendered the Plaintiff's objection moot.

**IT IS ORDERED** that the Defendant may file a response to the Plaintiff's objection to the Magistrate Judge's order[3] on or before **Friday, November 20, 2026.**

**IT IS FURTHER ORDERED** that the Plaintiff may file a reply to the Defendant's response on or before **Wednesday, November 25, 2026.**

**New Orleans, Louisiana, this 11th day of November, 2026.**

Susie Morgan

**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

[1] R. Doc. 45.
[2] R. Doc. 44.
[3] R. Doc. 45.